UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

――――――――――――――――――――――――X

| | |
|---|---|
| ILKB, LLC, | Case No.: 1:20-CV-4606-NGG-RER |
| Plaintiffs, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ISABEL SEGOVIA, | |
| Defendants. | |

――――――――――――――――――――――――X

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules fo Civil Procedure, Plaintiff, ILKB, LLC, and or their counsel hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant, Isabel Segovia.

Dated:        February 12, 2021

                                                                GORDON & REES, LLP

                                                                By:    /s/ *Peter G. Siachos*
                                                                Peter G. Siachos
                                                                Attorneys for Plaintiff, ILKB, LLC
                                                                1 Battery Park Plaza, 28th Floor
                                                                New York, New York 10007
                                                                 (973) 549-2500

1222722/56489458v.1

1